Vincent Miller, SBN 291973
E-Mail: vincent@vincentmillerlaw.com
Nick Sage, SBN 298972
E-Mail: nick@vincentmillerlaw.com
The Law Offices of Vincent Miller
16255 Ventura Boulevard, Suite 625
Encino, CA 91436
Tel: (213) 948-5702
Facsimile: (818) 450-0698

Attorneys for Plaintiff, SARAH JAFARI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SARAH JAFARI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF LOS ANGELES, a municipal entity; KONRAD THIEME, an Individual, DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:22-cv-00305-DSF (GJSx)<br><br>**DECLARATION IN RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Assigned to Hon. Dale S. Fischer, Courtroom "7D"<br><br>Date:　March 31, 2022 |

TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:

　　Attorney Vincent Miller submits his declaration in response to the Court's order to show cause for failure to appear on March 21, 2022.

I, Vincent Miller, declare the following:

1. I represent Plaintiff in the above-captioned case. I am an individual over the age of 18 years, and if requested to do so, I could and would competently testify to the facts stated herein.

2. I apologize to the Court and opposing counsel for not appearing at the March 21, 2022 hearing. It is unacceptable to not appear and this is the first time in my career I have ever done that. This is not an excuse because my office

1
**VINCENT MILLER DECLARATION ORDER TO SHOW CAUSE**

should have been better organized, but what happened is that I lost my main calendar, and relied on my back up calendar which I thought was complete, but did not have the Jafari appearance listed on it. The date was incomplete. In addition to the calendar failing me, my memory failed me as well, as I historically have always remembered my hearing dates without having to look at my calendar, but did not do so in this instance. Again, it is not an excuse, but my wife and I have been dealing with an intense family health issues, including my mother-in-law dying of breast cancer, and I have been sleep deprived recently, and this probably explains why this happened.

**VERIFICATION**

I certify under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Date: March 28, 2022

_____
    **Vincent Miller, Attorney for Plaintiff**

# PROOF OF SERVICE BY EMAIL AND PERSONAL DELIVERY

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16255 Ventura Blvd., Suite 625, Encino, CA 91436

On March 28, 2022, I served the foregoing document described as ORDER TO SHOW CAUSE DECLARATION, On the interested parties in by email and by mail, addressed as follows:

Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Farid A. Sharaby, State Bar No. 278259
E-Mail: fsharaby@hurrellcantrall.com
Anahit Isaghulyan, State Bar No. 337046
E-Mail: aisaghulyan@hurrellcantrall.com
HURRELL CANTRALL LLP
300 South Grand Avenue, Suite 1300
Los Angeles, California 90071
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 28, 2022 at Encino, California.

_____
Declarant

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**VINCENT MILLER DECLARATION ORDER TO SHOW CAUSE**