JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SARAH JAFARI,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a municipal entity; KONRAD THIEME, an Individual, DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 2:22-cv-00305-DSF (GJSx)<br><br>**ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL OF ALL OF PLAINTIFF SARAH JAFARI'S CLAIMS AND THE ENTIRE ACTION AGAINST DEFENDANTS COUNTY OF LOS ANGELES AND KONRAD THIEME, WITH PREJUDICE (F.R.C.P., RULE 41(a)(1)(A)(ii))**<br><br>Assigned to Hon. Dale S. Fischer, Courtroom "7D" |

## ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

    After full consideration of the parties' stipulation for voluntary dismissal of all of the claims of Plaintiff SARAH JAFARI against Defendants COUNTY OF LOS ANGELES and KONRAD THIEME and the entire lawsuit, with prejudice, and finding good cause thereto, the Court hereby makes the following Order pursuant to *Federal Rules of Civil Procedure*, Rule 41(a)(1)(A)(ii):

    IT IS HEREBY ORDERED:

    1.    The above-captioned case, *Sarah Jafari v. County of Los Angeles, et al.*, Case No. 2:22-cv-00305-DSF (GJSx) brought by Plaintiff SARAH JAFARI against

Defendants COUNTY OF LOS ANGELES and KONRAD THIEME is dismissed, with prejudice.

    2.    Each party is to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: July 25, 2023

*Dale S. Fischer*
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

2